In the Matter of Proving the Last Will and Testament of ADOLF KUTTROFF, Deceased, as a Will of Real and Personal Property.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM G. RILEY, Individually, and Doing Business, etc., as W. G. RILEY & COMPANY, Appellants. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

IVOR B. CLARK, INC., Appellant, v. HOWARD BURDICK and Others, Respondents, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

JOSEPH OXENFELDT, Appellant, v. I. SHERRY COMPANY, INC., Respondent.— Order denying motion for examination of defendant before trial unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. Appeal from order denying leave to renew dismissed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

AMERICAN POWDER COMPANY (a Massachusetts Corporation), Appellant, v. THE COMMONWEALTH INSURANCE COMPANY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

AMERICAN POWDER COMPANY (a Massachusetts Corporation), Appellant, v. THE NATIONAL FIRE AND MARINE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

CHARLES HYNIE, an Infant, by CHARLES D. HYNIE, His Guardian ad Litem, and CHARLES D. HYNIE, Respondents, v. ARFA REALTY CORPORATION and DAVID SCHAFFER, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

WILLIE McSWEEN, as Guardian ad Litem for WILLOW McSWEEN, and Others, Respondents, v. C. LEWIS LAVINE, INC., Appellant.— Order unanimously reversed and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

WILLIAM DOTTIN, Respondent, v. ATLANTIC FORWARDING Co., INC., Appellant. — Order unanimously reversed and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of GRAY CHEMISTS, INC., against EDWARD P. MULROONEY, Chairman, and Others, Members of and Constituting the State Liquor Authority.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 707.] Settle order on notice. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

ROBERT DUROY v. FRANK GILLMORE, as President of ACTORS' EQUITY ASSOCIATION, an Unincorporated Association of More Than Seven Members.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer and Dore, JJ.